IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-02833-MEH

KERRI JESMER,

    Plaintiff,

v.

RESIDENTCOLLECT, INC.,

    Defendant.

---

# ORDER DISMISSING CASE

---

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is a Notice of Dismissal with Prejudice filed by the Plaintiff [docket #5]. The Court finds the notice and terms of dismissal proper. Thus, the Clerk of the Court is directed to close this case.

    Dated and entered at Denver, Colorado this 26th day of November, 2014.

                                BY THE COURT:

                                *Michael E. Hegarty*

                                Michael E. Hegarty
                                United States Magistrate Judge